UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| WAYNE E. BURTON, Individually and on BEHALF OF ALL OTHER COLLECTIVE PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MRS BAKING DISTRIBUTION CORP., IRA LAMBERT, STEVE BEORGEO, SAL BATTAGLIA and JOHN DOES #1-10, Jointly and Severally,<br><br>Defendants. | Civil Action No.  18-5917 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MRS BAKING DISTRIBUTION CORP. (SOS)
129-09 26TH Avenue
Flushing, New York 11747

MRS BAKING DISTRIBUTION CORP.
18-25 127TH Street
College Point, NY 11365

IRA LAMBERT
129-09 26TH Avenue
Flushing, New York 11747

STEVE BEORGEO
129-09 26TH Avenue
Flushing, New York 11747

SAL BATTAGLIA
129-09 26TH Avenue
Flushing, New York 11747

A lawsuit has been filed against you.

PS0032

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Park & Sim Global Law Group, LLP
> 39-01 Main Street, Suite 608
> Flushing, NY 11354
> (718) 445-1300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF THE COURT*

Date: 10/24/2018

*/s/ Erica M. Williams*
*Signature of Clerk or Deputy Clerk*

PS0032